**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| Wendell S. Chisolm, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No.: 2:03-1329-CWH |
| | ) | Criminal No.: 2:01-692-CWH |
| vs. | ) | |
| | ) | |
| United States of America, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

On April 4, 2006, the petitioner requested his "Judgment and Commitment" order, a copy of the "minutes from my plea hearing, and a copy of the minutes from my sentencing." The Court construes these requests as ones for a copy of the petitioner's criminal judgment and a request for the petitioner's guilty plea and sentencing transcripts.

The Fourth Circuit Court of Appeals has affirmed the petitioner's criminal conviction and this Court's decision to dismiss the petitioner's 2255 action. Consequently, the petitioner's requests for documents are moot.

Although the petitioner's request for transcripts is denied, see 28 U.S.C. § 753(f) and 28 U.S.C. § 2250, the Clerk is directed to forward a copy of the criminal judgment to the petitioner.

**AND IT IS SO ORDERED**.

_____
**C. WESTON HOUCK
UNITED STATES DISTRICT JUDGE**

May 4, 2006
Charleston, South Carolina